UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

PATRICK MENDEZ, et al.,

                       Plaintiffs,                  <u>ORDER</u>

                                                    03-CV-6342L(F)

          v.

THE RADEC CORPORATION, et al.,

                       Defendants.
_____

      Pursuant to a conference with counsel on November 9, 2010, trial in this case is now scheduled for a day certain on January 4, 2011 at 9 a.m. All other terms and conditions contained in the Pretrial Order filed February 19, 2010 (Dkt. #238) remain in effect.

      IT IS SO ORDERED.

                                                  _____
                                                     DAVID G. LARIMER
                                                 United States District Judge

Dated: Rochester, New York
       November 15, 2010.