UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

PATRICK MENDEZ, *ON BEHALF OF HIMSELF AND ALL OTHER EMPLOYEES SIMILARLY SITUATED*,

    PLAINTIFF,

VS.

THE RADEC CORPORATION, *ET AL.*,

    DEFENDANTS.

SATISFACTION OF JUDGMENT

CIVIL ACTION NO.:
03-CV-6342 (MAT)

---

  **WHEREAS**, a judgment was entered in the above action on the 1st day of November 2012 in favor of Plaintiffs Patrick Mendez, *et al.* and Class Counsel Thomas & Solomon LLP, and against Defendants The Radec Corporation, Raymond Shortino, and Mark Shortino, in the amount of $473,793.10, and said judgment with interest thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

  **THEREFORE**, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

DATED:  Rochester, New York
     April 24, 2013

            /s/ Michael J. Lingle, Esq.
            Thomas & Solomon LLP
            *Class Counsel for Plaintiffs*
            693 East Avenue
            Rochester, New York 14607
            Telephone: (585) 272-0540
            Email: mlingle@theemploymentattorneys.com